UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:26-cv-03580-SVW-MAR | Date | May 27, 2026 |
|---|---|---|---|
| Title | *Blanca Catap v. 99 Cents Only Stores, LLC et al* | | |

# JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**        ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [12]

Before the Court is a motion to remand filed on April 29, 2026, by Plaintiff Blanca Catap. Plaintiff's Motion to Remand, ECF No. 12. No opposition has been filed on the docket in violation of the deadlines imposed by the local rules. *See* L.R. 7-9. The failure to oppose Plaintiff's motion is alone grounds for granting the motion pursuant to Local Rule 7-12.[1] L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . .").

Plaintiff's Motion to Remand is GRANTED. This case is remanded back to the Superior Court of the State of California, County of Los Angeles.

**IT IS SO ORDERED.**

---

[1] The Court does not reach the merits of the Motion.

:

| Initials of Preparer | DTA |
|---|---|